**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. OMNI HEALTHCARE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, MCKESSON MEDICAL-SURGICAL, INC., and PREMIER BIOTECH, INC.,<br><br>Defendants. | Case No. 20-SC-1196 (NEB/DJF)<br><br>FILED UNDER SEAL<br><br>ORDER OF DISMISSAL |

---

Before the Court is the United States' Amended Consent to Dismissal and the *qui tam* realtor Omni Healthcare, Inc.'s Notice of Voluntary Dismissal. (ECF Nos. 32, 34.) The Relator consents to its claims being dismissed with or without prejudice. (ECF No. 34 ¶ 3.) The United States and the Plaintiff States[1] have determined that dismissal of their claims "is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information." (ECF No. 32 at 2); *see* 31 U.S.C. § 3730(b)(1).

---

[1] The Plaintiff States are Alaska, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, Wisconsin, and the District of Columbia.

They seek dismissal of the claims brought on their behalf by the Relator without prejudice. For these reasons, the Court concludes that dismissal of these claims is warranted.

Based on the foregoing and on all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT this *qui tam* action is DISMISSED WITH PREJUDICE as to the Relator, and DISMISSED WITHOUT PREJUDICE as to the United States and the Plaintiff States.

Dated: January 23, 2023

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge